IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:     **08-cv-01605-AP**

**ROBERT A. SIEDENTOPF,**

                Plaintiff,

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

                Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.     APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Frederick W. Newall #10269, Esq. | TROY A. EID |
| 730 N. Weber, #101 | United States Attorney |
| Colorado Springs, CO 80903 | |
| Telephone (719) 633-5211 | KEVIN TRASKOS |
| newallfrederick@qwestoffice.net | Deputy Chief, Civil Division |
| | United States Attorney's Office |
| | District of Colorado |
| | Telephone:   (303) 454-0184 |
| | kevin.traskos@usdoj.gov |
| | |
| | STEPHANIE LYNN F.  KILEY |
| | Special Assistant U. S. Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1961 Stout Street, Suite 1001A |
| | Denver, CO 80294 |
| | Telephone: (303) 844-0815 |
| | stephanie.fishkin.kiley@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

A. **Date Complaint Was Filed:** August 19, 2008

B. **Date Complaint Was Served on U.S. Attorney's Office:** August 26, 2008

C. **Date Answer and Administrative Record Were Filed:** October 14, 2008

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:** Although counsel has undertaken a timely review of the record, the accuracy and completeness of the Administrative Record cannot be verified until after the Plaintiff's Opening brief is filed.

**Defendant states:** There are no issues with the accuracy or completeness of the Administrative Record.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:** See Plaintiff's statement in paragraph 4, above.

**Defendant states:** None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

7.  **OTHER MATTERS**

    None.

8.  **BRIEFING SCHEDULE**

    A.  **Plaintiffs Opening Brief Due:**    December 18, 2008**.**

    B.  **Defendant's Response Brief Due:**    January 23, 2009.

    C.  **Plaintiffs Reply Brief (If Any) Due:**    February 5, 2009.

9.  **STATEMENTS REGARDING ORAL ARGUMENT**

    A.  **Plaintiffs Statement:**  Plaintiff does not request oral argument.

    B.  **Defendant's Statement:**  Defendant does not request oral argument

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **OTHER MATTERS**

    THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 3rd day of November, 2008

             BY THE COURT:

             *S/John L. Kane*
             U.S. DISTRICT COURT JUDGE

APPROVED:

| s/Frederick W. Newall<br>Frederick Newall<br>730 N. Weber, #101<br>Colorado Springs, CO 80903<br>(719) 633-5211<br>E-mail: newallfrederick@qwestoffice.net<br>Attorney for Plaintiff | TROY A. EID<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>By: s/Stephanie Lynn F. Kiley<br>  Stephanie Lynn F. Kiley<br>  Special Assistant United States Attorney<br>  1961 Stout Street, Suite 1001A<br>  Denver, Colorado 80294<br>  Telephone: (303) 844-0815<br>  stephanie.fishkin.kiley@ssa.gov<br>  Attorneys for Defendant. |
|---|---|