UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.: **08-cv-01605-AP**

**ROBERT A. SIEDENTOPF,**

        Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**,

        Defendant.

## ORDER FOR ATTORNEY FEES UNDER EAJA

The matter before the Court is Plaintiff's Unopposed Motion For Attorney Fees Under EAJA (doc. #15), filed February 10, 2009. The Motion is **GRANTED.** It is

**ORDERED** that the Defendant pay to Plaintiff, attorney fees under EAJA in the amount of **$4,132.80**, to the Plaintiff, in care of the Plaintiff's attorney

DATED: February 11, 2009

        BY THE COURT:

        *S/John L. Kane*
        JOHN L. KANE, SENIOR JUDGE
        UNITED STATES DISTRICT COURT